ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 JUL 12 PM 2: 46
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| THOMAS K. ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-002 |
| SUPERIOR COURT OF LAURENS COUNTY, GEORGIA, et al., | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and shall be **CLOSED**.

SO ORDERED this 12th day of July, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE